JACKSONVILLE PAPER CO. *v.* UNITED STATES

**No. 5824.**—Invoices dated Gothenburg, Sweden, July 18, 1938, etc.
Certified July 19, 1938, etc.
Entered at Jacksonville, Fla., August 25, 1938, etc.
Entry No. J–58, etc.

(Decided February 15, 1943)

*Kay, Ragland & Kurz* (*Louis Kurz* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*Dorothy C. Bennett,* special attorney), for the defendant.

COLE, Judge: The appeals to reappraisement listed in schedule A, attached hereto and made a part hereof, bring for determination the proper dutiable value of certain sulphite paper imported from Gothenburg, Sweden, and entered at the port of Jacksonville, Fla.

In all of the cases, except reappraisements 135570–A and 136455–A, entry and appraisement were made at foreign-market value; the entered prices, having been made under duress to meet advances by the appraiser in pending test cases. With respect to reappraisements 135570–A and 136455–A, the merchandise was entered under duress at export value and appraised as entered.

When the cases were called for trial at Jacksonville on January 18, 1943, the parties entered into a stipulation wherein it is agreed the proper basis for appraisement of the instant merchandise is export value, as defined in section 402 (d) of the said act, and that such export values are those set forth in schedule B, attached hereto and made a part hereof.

Acquiescing in this agreement, the court holds the proper dutiable values of the sulphite paper in question to be the statutory export values referred to, and judgment will be rendered accordingly.

*Schedule B*

| Reappraisement | Weight | Invoice unit price | Dutiable export value |
|---|---|---|---|
| 128130–A | 46,144 lbs. | $2.92½ per 100 lbs. | $3.00 per 100 lbs. |
| 130538–A | 56,507 lbs. | $2.92½ per 100 lbs. | $3.00 per 100 lbs. |
|  | 10,531 lbs. | $2.97½ per 100 lbs. | $3.00 per 100 lbs. |
|  | 11,008 lbs. | $3.00 per 100 lbs. | $3.00 per 100 lbs. |
|  | 32,846 lbs. | $3.12½ per 100 lbs. | $3.00 per 100 lbs. |
| 131104–A | 68,855 lbs. | $2.92½ per 100 lbs. | $3.00 per 100 lbs. |
| 131439–A | 29,471 lbs. | $3.10 per 100 lbs. | $3.20 per 100 lbs. |
|  | 39,409 lbs. | $2.90 per 100 lbs. | $3.00 per 100 lbs. |
| 132055–A | 18,768 lbs. | $2.70 per 100 lbs. | $2.80 per 100 lbs. |
|  | 4,731 lbs. | $2.80 per 100 lbs. | $2.90 per 100 lbs. |
| 132056–A | 10,984 lbs. | $2.80 per 100 lbs. | $2.90 per 100 lbs. |
|  | 93,498 lbs. | $2.70 per 100 lbs. | $2.80 per 100 lbs. |
| 132058–A | 18,086 lbs. | $2.80 per 100 lbs. | $2.90 per 100 lbs. |
|  | 200,574 lbs. | $2.70 per 100 lbs. | $2.80 per 100 lbs. |

| | | | |
|---|---|---|---|
| 133691–A | 124,402 lbs. | $2.70 per 100 lbs. | $2.80 per 100 lbs. |
| | 75,032 lbs. | $2.80 per 100 lbs. | $3.00 per 100 lbs. |
| 134741–A | 86,875 lbs. | $2.70 per 100 lbs. | $2.80 per 100 lbs. |
| | 30,207 lbs. | $2.80 per 100 lbs. | $3.00 per 100 lbs. |
| | | | As to all the foregoing, less nondutiable charges in amounts as invoiced. |
| 135570–A | 21,817 lbs. | $2.70 per 100 lbs. | Appraised value. |
| | 81,976 lbs. | $2.80 per 100 lbs. | Appraised value. |
| 136455–A | 5,599 lbs. | $2.80 per 100 lbs. | Appraised value. |
| | 16,389 lbs. | $2.77½ per 100 lbs | Appraised value. |
| | 33,300 lbs. | $2.72½ per 100 lbs | Appraised value. |
| | 40,817 lbs. | $2.82½ per 100 lbs. | Appraised value. |